# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

| Secretary of Labor | ) |
|---|---|
| *Plaintiff* | ) |
| v. | )  Civil Action No. 1:17cv337 |
| Levels of Learning Academy, LLC, et al. | ) |
| *Defendant* | ) |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: Pursuant to this Court's Order entered 6/06/18, Judgment is hereby entered, pursuant to Section 16( c) of the Act, in favor of the Plaintiff and against the Defendants in the total amount of $12,589.48, plus post-judgment interest, and execution may issue.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge  Timothy S. Black  on a motion for default judgment.

Date: 6/06/2018

CLERK OF COURT

Janet McLem
Signature of Clerk or Deputy Clerk